Submitted on record and briefs December 16, 1981,
sentence vacated and cause remanded with instructions April 19, 1982

## STATE OF OREGON,
*Respondent,*

*v.*

## VICKI LOUISE BUTLER,
*Appellant.*

### (No. 81-144C, CA A21625)

643 P2d 876

Neil D. Smith, Klamath Falls, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Richard David Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred when it refused to schedule a hearing, on defendant's request, on the imposition of restitution, ORS 137.106(3), and delegated to the probation officer the responsibility for determining the amount of restitution required and the payment schedule. *State v. Randolph,* 49 Or App 399, 619 P2d 680 (1980).

Sentence vacated and cause remanded for resentencing, with instructions to schedule a hearing on the imposition of restitution.